### DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WILBUR D. ABRAMSON and<br>ANNABELL ABRAMSON,<br><br>　　　　　　　　　Defendants.<br>_____<br>WILBUR ABRAMSON, ANNABELL<br>ABRAMSON, and MARVIN ABRAMSON,<br><br>　　　　　　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>HENRY CARTER and<br>MARGARET CARTER,<br><br>　　　　　　　　　Third-Party Defendants.<br>_____ | 2007-CV-0064 |

TO:  Angela Tyson-Floyd, Esq., AUSA
　　　H.A. Curt Otto, Esq.

### ORDER GRANTING MOTION FOR LEAVE TO JOIN THIRD-PARTY DEFENDANTS

*United States v. Abramson*
2007-CV-0064
Order Granting Motion For Leave to Join
Page 2

THIS MATTER came before the Court upon Defendant Wilbur Abramson's Motion For Leave to Join Third Party Defendants (Docket No. 5). The government filed an opposition to said motion, and said Defendant filed a reply thereto.

Having reviewed the submissions of the parties, the Court finds that Marvin Abramson may be joined as a party based upon his right to relief "arising out of the same transaction or . . . occurrences" and common questions of law or fact will arise in the action. Fed. R. Civ. P. 20. The Court also finds that Henry and Margaret Carter may be joined as persons who are "or may be liable to the third-party plaintiff[s] for all or part of the plaintiff[s'] claim against the third-party plaintiff[s]." Fed. R. Civ. P. 14(a). Giving due consideration of the policy favoring liberal application of third-party practice and in the interest of judicial economy, the Court will grant the said motion.

Accordingly, it is now hereby **ORDERED**:

1. Defendant Wilbur Abramson's Motion For Leave to Join Third Party Defendants (Docket No. 5) is **GRANTED**.

2. Third-party Plaintiffs may cause a summons and a complaint to be served upon third-party defendants.

3. The caption of this matter shall appear as hereinabove.

*United States v. Abramson*
2007-CV-0064
Order Granting Motion For Leave to Join
Page 3

ENTER:

Dated: March 11, 2008                              /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE